UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR *21-50009* |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Assault with a Dangerous Weapon (18 U.S.C. §§ 113(a)(3), 1153, and 2) |
| FRED BAGOLA, JR., VERN JANIS, and SHEREE BAGOLA, | Assault Resulting in Serious Bodily Injury (18 U.S.C. §§ 113(a)(6), 1153, and 2) |
| Defendants. | False Statements (18 U.S.C. § 1001(a)(2)) |
| | Accessory After the Fact (18 U.S.C. § 3) |

The Grand Jury charges:

## COUNT I

On or about May 23, 2020, near Pine Ridge, in Indian country, in the District of South Dakota, the defendants, Fred Bagola, Jr., and Vern Janis, Indian persons, did assault Harold Tobacco, Jr., with a dangerous weapon, to wit: a machete, with intent to do bodily harm, and did aid and abet each other in the commission of the offense, all in violation of 18 U.S.C. §§ 113(a)(3), 1153, and 2.

## COUNT II

On or about May 23, 2020, near Pine Ridge, in Indian country, in the District of South Dakota, the defendants, Fred Bagola, Jr., and Vern Janis, Indian persons, did assault Harold Tobacco, Jr., and did aid and abet each other

in the commission of the offense, and said assault resulted in serious bodily injury, all in violation of 18 U.S.C. §§ 113(a)(6), 1153, and 2.

## COUNT III

On or about May 23, 2020, near Pine Ridge, in the District of South Dakota, the defendant, Sheree Bagola, did willfully and knowingly make and cause to be made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department and agency of the United States, to wit: the defendant, Sheree Bagola, stated and represented to responding officers that no one was present with her on the Shane Tyon property on May 23, 2020, other than her children, when she then and there well knew that Vern Janis was inside the residence, and that Fred Bagola, Jr., and others had recently been present on the property on May 23, 2020, all in violation of 18 U.S.C. § 1001(a)(2).

## COUNT IV

On or about May 23, 2020, near Pine Ridge, in the District of South Dakota, the defendant, Sheree Bagola, did willfully and knowingly make and cause to be made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department and agency of the United States, to wit: the defendant, Sheree Bagola, stated and represented to responding officers that no assault had occurred on her property, when she then and there well knew that Fred Bagola, Jr., and Vern Janis had participated in an assault of Harold Tobacco, Jr., all in violation of 18 U.S.C. § 1001(a)(2).

## COUNT V

On or about May 23, 2020, near Pine Ridge, in the District of South Dakota, the defendants, Vern Janis and Sheree Bagola, while knowing that an offense against the United States had been committed, to wit: the assault of Harold Tobacco, Jr., as charged in Counts I and II, did receive, relieve, comfort, and assist the offender, Fred Bagola, Jr., in order to hinder or prevent his apprehension, trial, and punishment, all in violation of 18 U.S.C. § 3.

A TRUE BILL:

**NAME REDACTED**

_____

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____